UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE: A.Z. & Carolyn B. Robbins,　　　　　　　　　Chapter 13
　　　　Debtors　　　　　　　　　　　　　　　　　　Case No. 11-50108 JDW

## MOTION FOR MODIFICATION OF PLAN PRIOR TO CONFIRMATION

Debtors, under the authority of the U.S. Bankruptcy Code, file this Motion and respectfully show the Court as follows:

1.

Debtors filed the Chapter 13 proceeding on January 13, 2011.

2.

The debtors will make payments for 57 months.

3.

Debtors propose modifying the plan as reflected on the attached modified Chapter 13 Plan.

WHEREFORE, debtors pray that the modified plan be confirmed by the Court.

This the 21st day of February, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s John K. James
　　　　　　　　　　　　　　　　　　　　　　John K. James, Bar #388790
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

1109 Russell Parkway, Suite #2, Warner Robins, GA 31088, 478-923-3898


## CERTIFICATE OF SERVICE

I certify that I have this day served the parties below with a copy of the above "Motion for Modification of Plan Prior to Confirmation" and the "Modified Plan" in the above case by hand delivery, fax, or United States Mail with sufficient postage to ensure proper delivery:

Ms. Camille Hope, Chapter 13 Trustee, P.O. Box 954, Macon, GA 31202 (electronically)

　　ALL INTERESTED CREDITORS ON THE ATTACHED LIST

This the 21st day of February, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/ John K. James
　　　　　　　　　　　　　　　　　　　　　　John K. James, Bar No 388790
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

1109 Russell Parkway, Suite #2, Warner Robins, GA 31088, 478-923-3898

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

DEBTOR(S):   **A.Z. & Carolyn B. Robbins**              Chapter 13
SS#:   xxx-xx- 8795                                     Case No.
       2132

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee and the debtor's(s') employer) shall pay to the trustee the sum of **$ 354 bi-weekly.**

2. From the payments so received, the Trustee shall make disbursements as follows:

   (a)   The Trustee percentage as set by the United States Trustee.

   (b)   The monthly payments will be made on the following long term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

NAME OF CREDITOR          MONTH OF FIRST PAYMENT UNDER PLAN   MONTHLY PAYMENT AMOUNT

**None**

   (c)   Pre confirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts AFTER the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

NAME OF CREDITOR                          ADEQUATE PROTECTION AMOUNT

**Badcock**                               **$10/mo.**
**Farmers Furniture**                     **$10/mo.**
**Kaybee**                                **$15/mo.**
**Nuvell**                                **$98/mo.**
**United Consumers**                      **$10/mo.**
**Wells Fargo**                           **$42/mo.**

   (d)   After confirmation of the plan the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAY |
|---|---|---|---|---|---|
| **Badcock** | $325 | $325 | 5.25% | HHG | $10/mo. |
| **Farmers Furniture** | $282 | $100 | 5.25% | HHG | $10/mo. |
| **Kaybee** | $2,700 | $1,500 | 5.25% | Wedding Ring, Other | $30/mo. |
| **Nuvell** | $14,953 | $9,775 | 5.25% | 2007 Chevrolet HHR | $94/mo. |
| **United Consumers** | $1,000 | $100 | 5.25% | HHG | $10/mo. |
| **Wells Fargo** | $4,221 | $8,425 | 5.25% | 2001 Ford F150 | $84/mo. |

   (e)   Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of **$2,500** to be paid as follows:

Fees to be paid per this Court's Administrative Order.

   (f)   After the above are paid, distributions will be made to cure arreages and other secured debts, whose claims are

duly proven and allowed, as follows:

| NAME OF CREDITOR | ESTIMATED AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | PAYMENT |
|---|---|---|---|---|---|
| **Citimortgage** | **$2,500** | **arrears** | **K** | **residence** | **Pro rata** |

(g) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| **None** | |

(h) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at the rate of ____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
| **None** | |

(i) The following unsecured claims are classified to be paid 100%. These payments will/will not be made simultaneously with payment of the secured debt:

**None**

(j) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

**Internal Revenue Service - 2004, 2005, 2006, & 2008 income taxes - estimated to be $13,500**

(k) The debtor(s) will be the disbursing agent on the following debts:

**Citimortgage - residence - $982/mo. - to begin in February, 2011.**

(l) Special Provisions:
● All non-purchase money, non-possessory security interest(s) in household goods, appliances, and furnishings of the creditor(s) listed in the petition shall be voided upon confirmation of the plan and shall be extinguished upon discharge of the debtor(s) under chapter 13, or if converted, under chapter 7. Titles to all vehicles shall be released to the debtor(s) with all liens canceled upon completion of the chapter 13 plan. Judgement, or judicial liens, held by **N/A** against the debtor(s) shall be voided upon discharge of the debtor(s) under chapter 13, or if converted, under chapter 7.

(m) General unsecured creditors whose claims are duly proven and allowed will be paid:

(1) A **0%** dividend will be paid for **57 months.**

Date: 2/21/2011  */s/ A.Z. Robbins*
**A.Z. Robbins**, Debtor

Date: 2/21/2011  */s/ Carolyn B. Robbins*
**Carolyn B. Robbins**, Debtor